**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JACOB HALL,

Plaintiff

v.

VANESSA FANG,

Defendant

Case No.: 3:26-cv-00813-ART-CSD

**Order**

Under Local Rule IA 3-1, an attorney or pro se party must *immediately* file with the court written notification of any change of mailing address. Mail sent to Plaintiff at the address of record has been returned as undeliverable. (ECF No. 3.)

Plaintiff shall file a notice of change of address within **21 days** of the date of this Order. A failure to comply with this Order may result in dismissal of the action or other sanction deemed appropriate by the court. LR IA 3-1.

**IT IS SO ORDERED**.

Dated: November 13, 2026

Craig S. Denney
United States Magistrate Judge